# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-10-00099-CR
NO. 03-10-00100-CR

**David Deon Pearson, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
NO. D-1-DC-09-205891 & 203157, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of two counts of possession of a controlled substance. The trial court has certified that the cases are plea bargain cases and that appellant has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeals. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: May 14, 2010

Do Not Publish